THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELI SOBEL, Appellant.*— Judgment of conviction affirmed. All concur, except Taylor and Crosby, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial on the ground that the guilt of the defendant has not been established beyond a reasonable doubt and on the ground of errors in the judge's charge. (See *People* v. *Trimarchi*, 231 N. Y. 263, 267.)

ETTA CAREY, Appellant, v. MARGARET TAGGART, Respondent, Impleaded with JAMES H. CHILDS and Others, Defendants.— Judgment affirmed, with costs. All concur.

WILHELMINA A. WHITE, Respondent, v. THE CENTRAL NEW YORK THEATRES, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur.

NELLIE M. SHIELDS, Respondent, v. ASSOCIATED GAS AND ELECTRIC COMPANY, Appellant.— Order reversed on the facts, with ten dollars costs and disbursements, and motion granted on condition of payment of all costs to date. All concur.

OSCAR ECKLER and Another, as Administrators, etc., of INA M. ECKLER, Deceased, Respondents, v. ROCHESTER PACKING Co., INC., Appellant, Impleaded with GEORGE FULLEM, Defendant, and VILLAGE OF ILION, Respondent.†— Judgment and order in favor of plaintiff against defendant Rochester Packing Co., Inc., affirmed, with costs. Appeal by defendant Rochester Packing Co., Inc., from a judgment in favor of city of Ilion dismissed, with costs. (See *Price* v. *Ryan*, 230 App. Div. 770; affd., 255 N. Y. 16; *Ward* v. *Iroquois Gas Co.*, 233 App. Div. 127; affd., 258 N. Y. 124.) All concur. [140 Misc. 885.]

WALTER T. SMITH, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 22003.)— Judgment affirmed, with costs. All concur. [146 Misc. 336.]

THE CO-OPERATIVE FIRE INSURANCE COMPANY OF WYOMING AND GENESEE COUNTIES, Respondent, v. L. SONNEBORN SONS, INCORPORATED, Appellant, and RIB-STONE CONCRETE CORPORATION, Defendant.‡— Judgment and order affirmed, with costs. All concur.

GENESEE COUNTY PATRONS FIRE RELIEF ASSOCIATION, Respondent, v. L. SONNEBORN SONS, INCORPORATED, Appellant, and RIB-STONE CONCRETE CORPORATION, Defendant.‡— Judgment and order affirmed, with costs. All concur.

HAROLD JOHNSON, Respondent, v. RAYMOND SANTMIRE, Appellant.— Judgment and order affirmed, with costs. All concur.

---

*Affd., 263 N. Y. 537.          †Affd. and appeal dismissed, 264 N. Y. 605.
‡Affd., 263 N. Y. 463.